**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | Civil Action No.: 1:14-cv-2075-SEB-TAB |
| | **Judge Sarah Evans Barker** |
| | **Magistrate Judge Tim A. Baker** |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF MOTION TO CERTIFY CLASS** |
| ESAOTE NORTH AMERICA, INC. and JOHN DOES 1-10, | |
| Defendants. | |

Pursuant to the Stipulation Regarding Withdrawal of Motion for Class Certification (Doc. No. 36), Plaintiff Physicians Healthsource, Inc. hereby withdraws its Motion for Class Certification and Request for Status Conference (Doc. No. 5).

Respectfully submitted,

PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons,

*/s/ Matthew Stubbs*
Matthew E. Stubbs
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street
Cincinnati, OH  45202
Telephone:  513-421-4722
Facsimile:  513-241-8775
Email: mstubbs@mrlaw.com

Brian J. Wanca
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
Email: bwanca@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


                                                  /s/Matthew Stubbs