IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ESAOTE NORTH AMERICA, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 1:14-cv-02075-SEB-TAB<br><br><br><br><br><br>**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST** |

Pursuant to the Case Management Plan (Doc. No. 34), Plaintiff Physicians Healthsource, Inc. submits the following Preliminary Witness and Exhibit List:

## WITNESS LIST

1. John Ruch, D.C.
   Jeffrey Elwert, D.C.

   All of the above witnesses have discoverable information regarding Defendant's advertising fax directed to Plaintiff and reviewed by them at Physicians Healthsource regarding Defendant's use of a fax machine and telephone line owned by Physicians Healthsource and regarding Defendant's lack of prior express permission or invitation from Physicians Healthsource to do so.

2. Dave Nelson (current Esaote Marketing Department)

   Mr. Nelson may have discoverable information about the alleged fax sent to Physicians Healthsource, Inc. and Esaote's faxing policies, procedures, and activities as those relate to Physicians Healthsource, Inc.

3. Tony Musarra (former Esaote Marketing Department)

   Mr. Musarra may have discoverable information about Esaote's faxing policies, procedures, and activities as those relate to Physicians Healthsource, Inc.

4. Claudio Bertolini (former Esaote CEO)

        Mr. Bertolini may have discoverable information about Esaote's faxing policies, procedures, and activities as those relate to Physicians Healthsource, Inc.

5.     Gordon Parhar (former Esaote employee)

        Mr. Parhar may have discoverable information about Esaote's faxing policies, procedures, and activities as those relate to Physicians Healthsource, Inc.

6.     Chris Wickard (former Esaote employee)

        Mr. Wickard may have discoverable information about Esaote's faxing policies, procedures, and activities as those relate to Physicians Healthsource, Inc.

7.     Bill Conn (former Esaote employee)

        Mr. Conn may have discoverable information about Esaote's faxing policies, procedures, and activities as those relate to Physicians Healthsource, Inc.

8.     SK&A (list source)

        SK&A may have discoverable information about Esaote's faxing policies, procedures, and activities as those relate to Physicians Healthsource, Inc.

9.     VoiceLogic (fax broadcaster)

        VoiceLogic may have discoverable information about Esaote's faxing policies, procedures, and activities as those relate to Physicians Healthsource, Inc.

## **EXHBIIT LIST**

1.     Fax Advertisement dated 11/3/2011

Respectfully submitted,

*/s/ Matthew Stubbs*
Matthew E. Stubbs
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street
Cincinnati, OH  45202
Telephone:  513-421-4722
Facsimile:  513-241-8775
Email: mstubbs@mrlaw.com

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
Email: bwanca@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Matthew E. Stubbs*