# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | Civil Action No.: 1:14-cv-02075-SEB-TAB <br><br> Judge Sarah Evans Barker <br> Magistrate Judge Tim A. Baker |
| Plaintiff, | |
| v. | |
| ESAOTE NORTH AMERICA, INC. and JOHN DOES 1-10, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff Physicians Healthsource, Inc. and Defendant Esaote North America, Inc., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice. Each party to bear its own costs.

Dated: August 5, 2015

Respectfully submitted,

| | |
|---|---|
| MONTGOMERY, RENNIE & JONSON | FAEGRE BAKER DANIELS LLP |
| By:/s/Matthew E. Stubbs_____ <br> Matthew E. Stubbs <br> 36 East Seventh Street, Suite 2100 <br> Cincinnati, OH  45202 <br> Telephone:  513-241-4722 <br> Facsimile:   513-241-8775 <br> Email:  mstubbs@mrjlaw.com | By: /s/ Eileen M. Hunter_____ <br> *(signed per email auth. 8/4/15)* <br> Eileen M. Hunter <br> David A. Given <br> Aaron D. Van Oort <br> 300 N. Meridian Street, Suite 2700 <br> Indianapolis, IN  46204 <br> Telephone:  317-237-0300 <br> Facsimile:   317-237-1000 <br> Email: eileen.hunter@faegrebd.com <br>            david.given@faegrebd.com <br>            aaron.vanoort@faegrebd.com <br> *Attorneys for Defendant* <br> *Esaote North America, Inc.* |

ANDERSON + WANCA
Brian J. Wanca
Ryan M. Kelly (*pro hac vice*)
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone:   847-368-1500
Facsimile:   847-368-1501
Email:   bwanca@andersonwanca.com

*Attorneys for Plaintiff*
*Physicians Healthsource, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                s/ Matthew E. Stubbs