IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>             Plaintiff,<br><br>  v.<br><br>ESAOTE NORTH AMERICA, INC. and JOHN DOES 1-10,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  1:14-cv-02075-SEB-TAB<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and the parties' joint stipulation of dismissal, this action is dismissed without prejudice. Each party to bear its own costs.

SO ORDERED.

08/06/2015

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system